# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137131 (22)

WIXOM MEADOWS INVESTMENTS
LIMITED PARTNERSHIP and WIXOM
MEADOWS, L.C.C.,
            Plaintiffs-Appellees,

v

FULTON PINES DEVELOPMENT
COMPANY and WILLIAM GENNA,
            Defendants-Appellants.

SC: 137131
COA: 283538
Oakland CC: 01-033669-CB

_____/

On order of the Court, the motion for sanctions is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk